UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM CRENSHAW,

                          Plaintiff,

                                                            DECISION AND ORDER

                                                            08-CV-6186L

      v.

JAMES HARTMAN, et al.,

                        Defendants.
_____

    By letter-motion (Dkt. #13), plaintiff requested leave to communicate with another inmate who is apparently confined with the Department of Corrections. This case has just been commenced; no defendants have been served and no discovery order set.

    The motion is denied at this time without prejudice to renewing it before the assigned Magistrate Judge as part of discovery.

    IT IS SO ORDERED.

                                                   _____
                                                       DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
       November 19, 2008.