UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM CRENSHAW,

                Plaintiff,

                                            DECISION AND ORDER

                                            08-CV-6186L

        v.

JAMES HARTMAN, et al.,

                Defendants.
_____

      By order entered April 6, 2009 (Dkt. #28), the Court granted plaintiff's motion (Dkt. #21) to amend his complaint. There is now pending a motion to dismiss by the original eight (8) defendants in the case, and the Court is reviewing that motion which was opposed by plaintiff (Dkt. #27).

      Defendants have not filed any motion to dismiss relative to the eight (8) new defendants that were added by plaintiff in his motion to amend.

      Within twenty (20) days of this order, defendants must advise the Court whether they intend to move to dismiss or not and if such a motion is contemplated, how much time will be necessary to file it.

      IT IS SO ORDERED.

                                                _____
                                                   DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       November 5, 2009.