UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

WILLIAM CRENSHAW,


                              Plaintiff,

                                                              DECISION AND ORDER

                                                              08-CV-6186L


                    v.

CORRECTION OFFICER HAMILTON,
et al.,

                              Defendants.

_____


        This Court referred all pretrial matters in this case to United States Magistrate Judge Jonathan

W. Feldman pursuant to 28 U.S.C. § 636(b).  Plaintiff moved to amend his complaint and in a

thorough Report and Recommendation (Dkt. #115), Magistrate Judge Feldman discussed the facts

of the case, the history of prior proceedings and the legal standards concerning such a request.

Magistrate Judge Feldman recommended that the Court deny plaintiff's motion to amend or

supplement his complaint.

        The time within which to file objections has lapsed and no objections have been filed.  In

spite of the lack of objections, this Court carefully reviewed the pending motion (Dkt. #93) and the

above-referenced Report and Recommendation. I see no reason to modify or reject the

recommendation of the Magistrate Judge.  He carefully considered all the factors, and I agree with

his assessment and, therefore, plaintiff's motion to amend the complaint (Dkt. #93) is in all respects

denied.

        IT IS SO ORDERED.


                              _____
                                      DAVID G. LARIMER
                                   United States District Judge

Dated: Rochester, New York
        April 30, 2012.