UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM CRENSHAW,

                                   Plaintiff,

                                                                    DECISION AND ORDER

                                                                    08-CV-6186L

                    v.

CORRECTIONS OFFICER RICHARD HAMILTON,
et al.,

                                   Defendants.
_____


        Plaintiff's motion (Dkt. #117) to vacate this Court's prior Decision and Order (Dkt. #116),

pursuant to FED. R. CIV. P. 60(b), is in all respects denied.

        IT IS SO ORDERED.


                                            _____
                                                        DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
        July 20, 2012.