UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM CRENSHAW,

                            Plaintiff,

                                                                     <u>DECISION AND ORDER</u>

                                                                       08-CV-6186L

                            v.

C.O. RICHARD HAMILTON,

                            Defendant.
_____

      Plaintiff, William Crenshaw, an inmate in the custody of the New York State Department of Corrections and Community Supervision, has filed a "motion to have [his] false misbehavior report expunged in it's [sic] entirety." Dkt. #122.

      The motion is denied. Since the underlying disciplinary conviction has not been overturned, and plaintiff has not demonstrated that that he is likely to succeed on his underlying claims, there is no basis for this Court to grant the relief requested. *See Smith v. Woods*, 219 Fed.Appx. 110, 111 (2d Cir. 2007) ("Because Smith's disciplinary conviction has not been reversed, expunged, or otherwise invalidated, his claim that his due process rights were violated at the disciplinary hearing must fail") (citing *Edwards v. Balisok*, 520 U.S. 641, 647 (1997)); *Salvatierra v. Connolly*, No. 09 Civ. 3722, 2010 WL 5480756, at *24 (S.D.N.Y. Sept. 1, 2010) ("Plaintiff's request that a false misbehavior report be expunged from his record should be denied because Plaintiff has not made a 'clear' or 'substantial' showing of likelihood of success on his underlying claims").

## CONCLUSION

Plaintiff's motion for an order directing the expungement of his misbehavior report (Dkt. #122) is denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       January 10, 2012.